UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ALMARAZ GONZALES, | ) | 1:06-cv-00686-AWI-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| v. | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
|     Respondent. | ) | |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On August 10, 2006, the Magistrate Judge filed Findings and Recommendations that this action be DISMISSED for Petitioner's failure to prosecute.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

/

1    In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendations are supported
5  by the record and proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.   The Findings and Recommendations, filed August 10, 2006,
8  are ADOPTED IN FULL; and,
9     2.   This action is DISMISSED for Petitioner's failure to
10 prosecute.

12 IT IS SO ORDERED.

13 **Dated:   October 3, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE